IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEDRO MONTES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF THE<br>SOCIAL SECURITY<br>ADMINISTRATION<br><br>　　　　　　Defendant. | Civil No. 11-5264 (JBS)<br><br>**ORDER** |

　　This matter is before the Court upon review of the final decision of the Defendant, Commissioner of the Social Security Administration, denying the application of Plaintiff Pedro Montes for disability benefits under Title II of the Social Security Act (the "Act") and supplemental security income under Title XVI of the Act; and the Court finding that the Commissioner's decision should be vacated and remanded for the reasons stated in the Opinion of today's date;

　　IT IS, this __**31st**__ day of __**July**__, 2013 hereby

　　ORDERED that the Commissioner's decision is VACATED and REMANDED for further proceedings consistent with the instructions set forth in today's Opinion.

　　　　　　　　　　　　　　　　　　__s/ Jerome B. Simandle__
　　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　Chief U.S. District Judge